JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE BROWNE, | Case No. CV 06-4012-GW (OP) |
| Petitioner, | JUDGMENT |
| vs. | |
| BEN CURRY, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered (1) approving and adopting this Report and Recommendation; (2) and directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: June 9, 2008

HONORABLE GEORGE H. WU
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge